JS-6

Morse Mehrban (Bar No. 169082)
Julie Mehrban (Bar No. 271290)
Rummel Mor Bautista (Bar No. 133357)
LAW OFFICES OF MORSE MEHRBAN, A.P.C.
15233 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403-2251
Telephone: 310-571-0104
Facsimile: 206-202-3834
Email: Morse@Mehrban.com

Attorney for Plaintiff,
Victor Manuel Saucedo-Heredia

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VICTOR MANUEL SAUCEDO-HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>ANAHEIM FRIES PARTNERS, LLC AND DOES 1-20,<br><br>    Defendants. | Case No. CV 11-10744 CAS (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Judge:   Hon. Christina A. Snyder |

///

///

///

///

1
Order of Dismissal with Prejudice

ORDER

IT IS HEREBY ORDERED, pursuant to stipulation and agreement by the parties, that this matter is dismissed with prejudice.

Date: August 22, 2012

_____
Hon. Christina A. Snyder
U.S. District Court Judge